| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**FINANCIAL DISCLOSURE REPORT**
**FOR CALENDAR YEAR 2015**

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2015

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Horn, Marian B. | United States Court of Federal Claims | 09/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

717 Madison Place NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | George Washington University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | GW Univ. Law School - Teaching | $21,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | DTE Engergy Co. - Pension |
| 2. 2015 | Jackson Lewis PC -salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and Master Card | Credit Card Loans | K |
| 2. | Wells Fargo | PNC Business Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney IRA Account | C | Dividend | O | T | | | | | |
| 2. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -Abbott | A | Dividend | K | T | | | | | |
| 4. -Abbvie Inc. | A | Dividend | K | T | | | | | |
| 5. -Alcoa | A | Dividend | J | T | | | | | |
| 6. -Berkshire Hathaway Inc. CL- B New | | None | L | T | | | | | |
| 7. -Centurylink (Y) | | | | | | | | | |
| 8. -Cisco Sys | A | Dividend | K | T | | | | | |
| 9. -Cohen & Steers Quality Income and Realty Fund | A | Dividend | | | Sold | 06/05/15 | J | | |
| 10. -Ebay | | None | K | T | | | | | |
| 11. -Alphabet A, formerlyGoogle A | | None | M | T | | | | | |
| 12. -AlphabetC, formerlyGoogle C | | None | M | T | | | | | |
| 13. -Hospira | | None | | | Redeemed | 09/03/15 | K | E | |
| 14. -Interdigital | C | Dividend | L | T | | | | | |
| 15. -JP Morgan Chase | A | Dividend | J | T | | | | | |
| 16. -Merck | A | Dividend | J | T | | | | | |
| 17. -Pay Pal (X) | | None | K | T | Spinoff (from line 10) | 07/11/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pfizer | A | Dividend | J | T | | | | | |
| 19. -SPDR Gold Tr | | None | | | Sold | 07/21/15 | J | | |
| 20. -Wells Fargo | A | Dividend | J | T | | | | | |
| 21. -Morgan Stanley Smith Barney PM IRA Account | D | Dividend | N | T | | | | | |
| 22. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 23. -Black Rock Equity Div | A | Dividend | K | T | Buy | 01/16/15 | J | | |
| 24. E-aton Vance Bond I-Y | A | Dividend | | | Sold | 12/15/15 | K | | |
| 25. -Fidelity Adv Biotechnology | A | Dividend | J | T | | | | | |
| 26. First Trust Europe-Y | A | Dividend | J | T | Buy | 11/16/15 | J | | |
| 27. First Eagle Global 1-Y | A | Dividend | J | T | | | | | |
| 28. -ING (Voya) Global Real Estate | A | Dividend | J | T | | | | | |
| 29. -Investco Balanced Risk | B | Dividend | K | T | | | | | |
| 30. -Investco Developing Mkts | A | Dividend | J | T | | | | | |
| 31. -Ivy Mid-Cap Growth | B | Dividend | J | T | | | | | |
| 32. -Ivy Science and Tech | A | Dividend | K | T | | | | | |
| 33. -Macy's | | None | | | Sold | 01/16/15 | J | A | |
| 34. -MFS Value | B | Dividend | K | T | Buy | 01/16/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MFS International | B | Dividend | K | T | Buy | 01/16/15 | J | | |
| 36. -Oppenheimer Intl Growth | A | Dividend | K | T | | | | | |
| 37. -PIMCO All Asset | A | Dividend | J | T | | | | | |
| 38. -Prudential Total Rtn Bond (X) | | None | K | T | Buy | 12/15/15 | K | | |
| 39. -Royce Total Return | B | Dividend | J | T | | | | | |
| 40. -Templeton Glb Tot Rtn | A | Dividend | J | T | Sold (part) | 01/16/15 | J | | |
| 41. | | | | | Sold (part) | 06/03/15 | J | | |
| 42. -Touchstone SandsnCap Sel | A | Dividend | J | T | Sold (part) | 06/03/15 | J | | |
| 43. -Wells Fargo Absolute RTN | | None | J | T | Sold (part) | 01/16/15 | K | | |
| 44. Morgan Stanley Smith Barney IRA Account | C | Dividend | M | T | | | | | |
| 45. | A | Interest | | | | | | | |
| 46. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. AAXI-is MSCI Asia Ex Japan | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 48. | | | | | Sold (part) | 06/02/15 | J | A | |
| 49. | | | | | Sold (part) | 06/09/15 | J | | |
| 50. | | | | | Sold (part) | 09/11/15 | J | | |
| 51. | | | | | Sold (part) | 12/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DHSLSX-Diamond Hills L/S | A | Dividend | J | T | | | | | |
| 53. DIA-SPDR DJIA Trust | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 54. DXI-WT Japan Hedged | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 55. | A | Interest | | T | Sold (part) | 06/12/15 | J | | |
| 56. | | | | | Sold (part) | 06/09/15 | J | A | |
| 57. | | | | | Sold (part) | 09/11/15 | J | A | |
| 58. IWD-iS R 1000 Value | B | Dividend | K | T | Sold (part) | 04/15/15 | J | A | |
| 59. | | | | | Sold (part) | 06/02/15 | J | A | |
| 60. | | | | | Sold (part) | 06/09/15 | J | A | |
| 61. | | | | | Sold (part) | 09/11/15 | J | | |
| 62. IWF-iS 1000Growth | A | Dividend | K | T | Sold (part) | 04/14/15 | J | A | |
| 63. | | | | | Sold (part) | 06/09/15 | J | A | |
| 64. | | | | | Sold (part) | 09/11/15 | J | A | |
| 65. IWN-iS R 2000 Value | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 66. | | | | | Sold (part) | 06/02/15 | J | A | |
| 67. | | | | | Sold (part) | 06/09/15 | J | | |
| 68. | | | | | Sold (part) | 09/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IWO-iS R 2000 Growth | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 70. | | | | | Sold (part) | 06/02/15 | J | A | |
| 71. | | | | | Sold (part) | 06/09/15 | J | A | |
| 72. | | | | | Sold (part) | 09/11/15 | J | A | |
| 73. IWP-iS R Mid-Cap Growth | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 74. | | | | | Sold (part) | 06/02/15 | J | A | |
| 75. | | | | | Sold (part) | 06/09/15 | J | A | |
| 76. | | | | | Sold (part) | 09/11/15 | J | | |
| 77. IWS-iS Mid Cap Value | A | Dividend | | | Sold (part) | 04/14/15 | J | A | |
| 78. | | | | | Sold (part) | 06/02/15 | J | A | |
| 79. | | | | | Sold (part) | 06/09/15 | J | A | |
| 80. | | | | | Sold | 09/11/15 | J | | |
| 81. IYW-iS US Technology | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 82. | | | | | Sold (part) | 06/02/15 | J | A | |
| 83. | | | | | Sold (part) | 06/02/15 | J | A | |
| 84. | | | | | Sold (part) | 09/11/15 | J | A | |
| 85. QAI-IQ Hedge Multi-Strat | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/02/15 | J | A | |
| 87. | | | | | Sold (part) | 06/09/15 | J | | |
| 88. | | | | | Sold (part) | 09/11/15 | J | | |
| 89.   SPY-SPDR S&P 500 | A | Dividend | K | T | Sold (part) | 04/04/15 | J | A | |
| 90. | | | | | Sold (part) | 06/02/15 | J | A | |
| 91. | | | | | Sold (part) | 06/09/15 | J | A | |
| 92. | | | | | Sold (part) | 09/11/15 | J | | |
| 93.   VEA-VG FTSE Develop MKTS (X) | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 94. | | | | | Sold (part) | 06/02/15 | J | A | |
| 95. | | | | | Sold (part) | 06/09/15 | J | A | |
| 96.   VGK-VG European MSCI | A | Dividend | | | Sold | 04/14/15 | J | A | |
| 97.   WDTI-WT MGD Futures | | None | J | T | Sold (part) | 04/14/15 | J | A | |
| 98. | | | | | Sold (part) | 06/02/15 | J | A | |
| 99. | | | | | Sold (part) | 06/09/15 | J | A | |
| 100. | | | | | Sold (part) | 09/11/15 | J | | |
| 101.  XLV-Health Care SPDR | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 102. | | | | | Sold (part) | 06/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/09/15 | J | A | |
| 104. | | | | | Sold (part) | 09/11/15 | J | A | |
| 105. Morgan Stanley Smith Barney IRA Account | B | Interest | K | T | | | | | |
| 106. Citi Bank Deposit - Cash | A | Interest | J | T | | | | | |
| 107. -Blackrock Global Energy and Resources | A | Dividend | | | Sold | 11/10/15 | J | | |
| 108. -DTE Energy | A | Dividend | J | T | | | | | |
| 109. - Ebay | | None | J | T | | | | | |
| 110. Pay Pal (X) | | None | J | T | Spinoff (from line 109) | 07/11/15 | J | | |
| 111. QQQ-NASDAQ 100 ETF (X) | A | Dividend | J | T | Buy | 11/10/15 | J | | |
| 112. -Templeton Emerg Markets Fund | A | Dividend | J | T | | | | | |
| 113. (H) Morgan Stanley Smith Barney Brokerage Account | A | Interest | J | T | | | | | |
| 114. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 115. Stamp Collection | | None | N | T | | | | | |
| 116. Residential Property, Washington, DC | D | Rent | N | W | | | | | |
| 117. Residential Property, Ft Lauderdale Fla (X) | D | Rent | O | W | | | | | |
| 118. -Marshall Prime Money Market CLI | A | Interest | K | T | | | | | |
| 119. The Carbon Project | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IBM (see part 8) | | | | | Sold | 06/24/14 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All shares of IBM were sold on 06/24/14 with a value code of K and E.and the information was inadvertantly ommitted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marian B. Horn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544